FILED IN
COURT OF CRIMINAL APPEALS

June 3, 2015

ABEL ACOSTA, CLERK

PD-0123-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/29/2015 12:51:39 PM
Accepted 6/2/2015 8:05:30 AM
ABEL ACOSTA
CLERK

# No. PD-0123-15

## IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

JAMES FERNANDEZ,
                    Appellant,

v.

THE STATE OF TEXAS,
                    Appellee.

On Appeal from the Court of Appeals, Fourth District of Texas at San Antonio, Court of Appeals No. 04-14-00039-CR

## STATE'S NOTICE OF APPEARANCE OF COUNSEL

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

ADRIENNE McFARLAND
Deputy Attorney General
for Criminal Justice

**\*MELISSA LEE HARGIS**
Assistant Attorney General
Criminal Appeals Division
State Bar No. 24055766
Melissa.Hargis@TexasAttorneyGeneral.gov

P. O. Box 12548, Capitol Station
Austin, Texas 78711
Telephone: (512) 936-1400
Facsimile: (512) 936-1280

**\*Lead Appellate Counsel**

ATTORNEYS FOR THE STATE

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, the State of Texas and files this, the State's Notice of Appearance of Counsel, and respectfully shows the following:

Pursuant to Rule 6.1(c) of the Texas Rules of Appellate Procedure, the State designates **Melissa Lee Hargis** as lead counsel on appeal in the above cause. The required contact information is listed below and is where all correspondence should be sent.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

ADRIENNE McFARLAND
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

/s/ Melissa Lee Hargis
*Lead Counsel           MELISSA LEE HARGIS*
Assistant Attorney General
Criminal Appeals Division
State Bar No. 24055766
Melissa.Hargis@TexasAttorneyGeneral.gov

2

P.O. Box 12548, Capitol Station
Austin, Texas   78711-2548
Telephone: (512) 936-1400
Facsimile: (512) 936-1280

ATTORNEYS FOR THE STATE

## CERTIFICATE OF SERVICE

Pursuant to Rule 9.5(b)(1) of the Texas Rules of Appellate Procedure, I do hereby certify that if the email address of attorneys designated below is on file with the electronic filing manager, a true and correct copy of the foregoing notice was served electronically by that electronic filing manager, on the following attorneys via electronic mail:

James McDermott
Attorney for Appellant

Moreover, I do hereby certify that if the email addresses for the designated attorneys are not on file with the electronic filing manager, a true and correct copy of the foregoing pleading was served by email, addressed to:

James McDermott
james@centraltexaslawyers.com

/s/ Melissa Lee Hargis
MELISSA LEE HARGIS
Assistant Attorney General

3